UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO LUIS BAEZ-TORRES,<br><br>Defendant. | CRIMINAL NO. 13 - 702 ( CCC )<br><br>VIOLATIONS:<br><br>Title 18, United States Code, Section 2251(a);<br><br>Title 18, United States Code, Section 2252(a)(4)(B);<br><br>Forfeiture Allegation<br>Title 18, United States Code, Section 2253<br><br>(TWO COUNTS and ONE FORFEITURE ALLEGATION) |

2013 SEP 26 PM 4:28

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Production of Child Pornography
Title 18, <u>United States Code</u>, Section 2251(a)

From in or about April 2013 through in or about August 2013, the exact date of which is unknown, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**PEDRO LUIS BAEZ-TORRES,**

the defendant herein, did employ, use, persuade, induce, entice and coerce an approximately fourteen (14) year-old female minor, identified as Jane Doe, to engage in sexually explicit conduct, namely the lascivious exhibition of the breast and genital areas, for the purpose of producing a visual depiction of such conduct, that is, images, using a Samsung cellular phone, model SGH-T999 and bearing serial number R21CC459Y2Z, manufactured in China, which had been mailed, shipped, and transported in interstate and foreign commerce. All in violation of Title 18, <u>United States Code</u>, Section 2251(a).

1

## COUNT TWO
## Possession of Child Pornography
## Title 18, United States Code, Section 2252(a)(4)(B)

On or about August 26, 2013, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**PEDRO LUIS BAEZ-TORRES,**

the defendant herein, did knowingly possess one or more matters, which contained any visual depiction of a minor engaging in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce and using any means or facility of interstate or foreign commerce, including a computer, and the production and possession of which was accomplished using materials which had been mailed, shipped and transported in interstate and foreign commerce, and the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct; that is, on the dates mentioned above, Pedro Luis Baez-Torres, did knowingly possess in his Samsung cellular phone, model SGH-T999 and bearing serial number R21CC459Y2Z, manufactured in China, visual depictions of an actual female minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2). All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## Title 18, United States Code, Section 2253

For the purpose of alleging forfeiture, and pursuant to Title 18, United States Code, Section 2253, the allegations contained in COUNTS ONE and TWO of this Indictment are re-alleged as if fully set forth herein.

If convicted of any of the offenses set forth above,

**PEDRO LUIS BAEZ-TORRES,**

the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the production and possession of child pornography. Such property include, <u>but is not limited to</u>, a Samsung cellular phone, model SGH-T999 and bearing serial number R21CC459Y2Z, manufactured in China, which was found in the defendant's possession on or about August 26, 2013.

**ROSA EMILIA RODRIGUEZ-VELEZ**
UNITED STATES ATTORNEY

**TRUE BILL**

_____
for: **JOSE A. RUIZ-SANTIAGO**
Assistant United States Attorney
Chief, Criminal Division

_____
**FOREPERSON**
9/26/13

_____
**TIMOTHY HENWOOD**
Assistant United States Attorney
Chief, White Collar Unit

_____
**ELBA GORBEA**
Assistant United States Attorney
Narcotics Unit

3